**\*\*NOT FOR PRINTED PUBLICATION\*\***

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATED OF AMERICA** | § | |
| | § | |
| | § | **CASE NUMBER 9:18-CR-37-1-RC** |
| **v.** | § | |
| | § | |
| | § | |
| | § | |
| **JOHN FRANKLIN CARTER** | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES**
**MAGISTRATE JUDGE ON DEFENDANT'S MOTION FOR RELEASE**

The court referred Defendant's *Motion for Compassionate Release from Custody* (Doc. No. 90) filed on February 22, 2021, to United States Magistrate Judge Zack Hawthorn for consideration pursuant to applicable laws and orders of this court.  The Government has not filed a response, and no objections have been filed.

After review and consideration of Carter's motion, Judge Hawthorn issued a Report and Recommendation on March 10, 2020, denying Carter's motion because he failed to show that he has exhausted his administrative remedies, and he does not meet the criteria for compassionate release.  (Doc. No. 91.)  No objections have been filed to the Report and Recommendation. Accordingly, the court ACCEPTS Judge Hawthorn's Report and Recommendation (Doc. No. 91) and DENIES the Defendant's motion (Doc. No. 90).

So ORDERED and SIGNED, Apr 14, 2021.

_____
Ron Clark
Senior Judge